Case 5:15-mj-70287-MAG   Document 7   Filed 03/20/15   Page 1 of 1

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 15-mj-70287-MAG |
| Edsgardo Ambriz-Lopez | ) | |
| | ) | Charging District: Southern Illinois |
| | ) | Charging District's Case No. 15-40027 |
| *Defendant* | ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>302 West Main Street<br>Benton, Illinois 62812 | Courtroom No.: Duty Magistrate |
|---|---|
| | Date and Time: 3/31/2015 11:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 3/20/15

_____
*Judge's signature*

Howard R. Lloyd, Magistrate Judge
*Printed name and title*